# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151421(53)

TOD MCLAIN, Personal Representative of the
ESTATE OF TRACY MCLAIN,
      Plaintiff-Appellant,

v

LANSING FIRE DEPARTMENT, CITY OF
LANSING, and JEFFREY WILLIAMS,
      Defendants-Appellees,
and

MICHAEL DEMPS,
      Defendant.
_____/

SC: 151421
COA: 318927
Ingham CC: 11-000859-NH

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing a reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 17, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2015

